6
### Joseph NAJDEK v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. November 5, 1925.)

No. 4520.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

I. H. Polozker, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for defendant in error.